FILED: November 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2235
(1:20-cv-00731-LMB-JFA)

_____

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers

  Plaintiff - Appellant

v.

DAVID L. NEAL, in his official capacity as Director of the Executive Office for Immigration Review

  Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:20-cv-00731-LMB-JFA |
| Date notice of appeal filed in originating court: | 11/19/2023 |
| Appellant(s) | National Association of Immigration Judges |
| Appellate Case Number | 23-2235 |
| Case Manager | Rachel Phillips<br>804-916-2702 |