# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers, | |
| Plaintiff-Appellant, | |
| v. | No. 23-2235 |
| DAVID L. NEAL, in his official capacity as Director of the Executive Office for Immigration Review, | |
| Defendant-Appellee, | |

## UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE BRIEF OF APPELLEE

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Fourth Circuit Rule 31(c), the government hereby respectfully moves for a 30-day extension of time, to and including Friday, March 22, 2024, within which to file its brief in the above-captioned appeal. Plaintiff does not oppose the government's request for a 30-day extension of time.

1. Plaintiff filed its opening brief on January 22, 2024. The government's brief currently is due on Wednesday, February 21, 2024. The government has not previously sought or received any extension of time to file its brief. With the

requested 30-day extension, the government's brief would be due on Friday, March 22, 2024.

2. The 30-day extension of time is necessary to allow appellate counsel adequate time to prepare the government's response and to coordinate with agency counsel, in light of other upcoming deadlines. Jennifer Utrecht is the government attorney with primary drafting responsibility in this case. Among other matters, Ms. Utrecht will be preparing for and presenting oral argument in *Civil Beat Law Center for the Public Interest Inc. v. United States District Court for the District of Hawaii*, No. 23-70023 (9th Cir.) on February 15, 2024. Ms. Utrecht will also be out of the office on pre-scheduled leave from February 16 through February 21, 2024. Michael Raab is the government attorney with supervisory responsibility in this case. Among other matters, Mr. Raab has supervisory responsibility in the following: *Collins v. Gardlan*, No. 23-2218 (4th Cir.) (brief due February 1, 2024); and *Azawi v. McDonough*, No. 22-56157 (9th Cir.) (brief due February 1, 2024).

3. Plaintiff does not oppose the requested extension.

## CONCLUSION

For the foregoing reasons, the Court should grant a 30-day extension of time, to and including Friday, March 22, 2024, in which to file the government's brief.

Respectfully submitted,

MICHAEL RAAB
/s/ Jennifer L. Utrecht
JENNIFER L. UTRECHT
  (202) 353-9039
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW, Rm. 7710*
  *Washington, DC 20530*

FEBRUARY 2024

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. 27(d)(2) because it contains 310 words, according to the count of Microsoft Word.

      /s/ Jennifer L. Utrecht
Jennifer L. Utrecht

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                */s/ Jennifer L. Utrecht*
                                                JENNIFER L. UTRECHT