# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 12, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.   23-2235,   Natl Assn of Immigration Judges v. David Neal
                 1:20-cv-00731-LMB-JFA

TO:    National Association of Immigration Judges

FILING CORRECTION DUE:  April 17, 2024

Please make the correction identified below and file a corrected document by the date indicated.

[ XX ] Incorrect event used. Please refile document using [BRIEF] entry and selecting "reply" from the dropdown menu in the entry.

Rachel Phillips, Deputy Clerk
804-916-2702