# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.   23-2235,        Natl Assn of Immigration Judges v. David Neal
                     1:20-cv-00731-LMB-JFA

TO:   National Association of Immigration Judges
      David L. Neal

RESPONSE DUE: 08/01/2024

Response is required to the notice requesting information regarding similar cases on or before 08/01/2024. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Rachel Phillips, Deputy Clerk
804-916-2702