# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 9, 2024

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.   23-2235,   <u>Natl Assn of Immigration Judges v. David Neal</u>
                         1:20-cv-00731-LMB-JFA

TO:   National Association of Immigration Judges
       David L. Neal

RESPONSE DUE: 09/12/2024

Response is required to the notice requesting information regarding similar cases on or before 09/12/2024. Please use the following form to submit response: **[Response - Similar Cases](#)**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Rachel Phillips, Deputy Clerk
804-916-2702