FILED: June 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2235
(1:20-cv-00731-LMB-JFA)

_____

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers

      Plaintiff - Appellant

v.

SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review

      Defendant - Appellee

_____

O R D E R

_____

The court substitutes Sirce E. Owen for David L. Neal as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk