# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review,<br><br>Defendant-Appellee, | No. 23-2235 |

## UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND/OR REHEARING EN BANC

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Fourth Circuit Rule 31(c), the government hereby respectfully moves for a 30-day extension of time, to and including Monday, August 18, 2025, within which to file its brief in the above-captioned appeal. Plaintiff does not oppose the government's request for a 30-day extension of time.

1. This Court issued a published authored opinion in this case on June 3, 2025. Any petition for rehearing and/or rehearing en banc is currently due Friday, July 18, 2025. The government has not previously sought or received any extension of time to

file its brief. With the requested 30-day extension, the government's brief would be due on Monday, August 18, 2025.

2. The 30-day extension of time is necessary to allow appellate counsel adequate time to prepare the government's response and to coordinate with the Office of the Solicitor General and agency counsel, in light of prearranged summer travel and other upcoming deadlines.

The Solicitor General is responsible for determining whether the government should pursue rehearing en banc in this case, and if so, on what grounds. 28 C.F.R. § 0.20(b). The requested 30-day extension of time is necessary to permit adequate consultation among the components of the government affected by this Court's decision and, if authorized by the Solicitor General, to prepare an opening brief along the lines he has directed.

An extension of time is also warranted because of the schedules of the attorneys with principal responsibility for representing the government in this appeal. Jennifer Utrecht is the government attorney with primary drafting responsibility in this case. Ms. Utrecht will be out of the office on pre-arranged summer travel from June 30 until July 22.

Michael Raab is the government attorney with supervisory responsibility in this case. Among other matters, Mr. Raab has supervisory responsibility for numerous other appellate matters, including the following: *Gun Owners of America, Inc. v. Department of Justice*, No. 24-1881 (6th Cir.) (response brief due June 23, 2025); *VOS*

2

*Selections v. Trump*, Nos. 25-1812, 25-1813 (Fed. Cir.) (opening brief due June 24, 2025); *Kealani Distribution LLC v. Food & Drug Administration*, No. 25-40135 (5th Cir.) (response brief due July 2, 2025); and *Asante v. HHS*, No. 23-5055 (D.C. Cir.) (response to rehearing petition due July 7, 2025).

    3.  Plaintiff does not oppose the requested extension.

## CONCLUSION

For the foregoing reasons, the Court should grant a 30-day extension of time, to and including Monday, August 18, 2024, in which to file a petition for rehearing and/or rehearing en banc.

Respectfully submitted,

MICHAEL RAAB
*/s/ Jennifer L. Utrecht*
JENNIFER L. UTRECHT
  (202) 353-9039
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW, Rm. 7710*
*Washington, DC 20530*

JUNE 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. 27(d)(2) because it contains 439 words, according to the count of Microsoft Word.

      /s/ Jennifer L. Utrecht
Jennifer L. Utrecht

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                    */s/ Jennifer L. Utrecht*
                                                 JENNIFER L. UTRECHT