FILED: July 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2235
(1:20-cv-00731-LMB-JFA)

_____

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers

        Plaintiff - Appellant

v.

SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review

        Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellee's unopposed motion for an extension of time to file petition for rehearing and petition for rehearing en banc, the court grants the motion and extends the deadline for filing a petition for rehearing to August 18, 2025.

        For the Court

        /s/ Nwamaka Anowi, Clerk