**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 21, 2025

_____

RESPONSE REQUESTED

_____

No.   23-2235,    <u>Natl Assn of Immigration Judges v. Sirce Owen</u>
                  1:20-cv-00731-LMB-JFA

TO:    National Association of Immigration Judges

RESPONSE DUE: **September 2, 2025**

Please respond to the petition for rehearing and rehearing en banc on or before
September 2, 2025. The response may not exceed 3900 words.

Rachel Phillips, Deputy Clerk
804-916-2702