# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 25, 2025

_____

RESPONSE REQUESTED

_____

No.  23-2235,     <u>Natl Assn of Immigration Judges v. Sirce Owen</u>
                  1:20-cv-00731-LMB-JFA

TO:     National Association of Immigration Judges

RESPONSE DUE ON OR BEFORE: 12/02/2025

Response is required to the motion to stay mandate on or before 12/02/2025.

R. Phillips, Deputy Clerk
804-916-2702