FILED: December 3, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-2235
(1:20-cv-00731-LMB-JFA)

_____

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers

        Plaintiff - Appellant

v.

SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review

        Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to appellee's motion to stay issuance of the mandate, the court denies the motion.

Entered at the direction of Judge Berner with the concurrence of Judge Harris and Judge Heytens.

                                                       For the Court

                                                       /s/ Nwamaka Anowi, Clerk