# Supreme Court of the United States

No. 25A662

DAREN K. MARGOLIN, ACTING DIRECTOR OF
THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

Applicant

v.

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES

---

**O R D E R**

---

UPON CONSIDERATION of the application of counsel for the applicant,

IT IS ORDERED that the mandate of the United States Court of Appeals for the Fourth Circuit, case No. 23-2235 is hereby stayed pending further order of the undersigned or of the Court. It is further ordered that a response to the application be filed on or before Wednesday, December 10, 2025, by 4 p.m. (EST).

                                               /s/   John G. Roberts, Jr.
                                               Chief Justice of the United States

Dated this 5th
day of December 2025.