(ORDER LIST: 607 U.S.)

**FRIDAY, DECEMBER 19, 2025**

**ORDER IN PENDING CASE**

25A662    MARGOLIN, DAREN K. V. NAT. ASSN. OF IMMIGRATION JUDGES

The application for stay presented to The Chief Justice and by him referred to the Court is denied. At this stage, the Government has not demonstrated that it will suffer irreparable harm without a stay. This denial is without prejudice to a reapplication if the District Court commences discovery proceedings before the disposition of the Government's forthcoming petition for a writ of certiorari. Cf. *Cheney* v. *United States Dist. Court for D.C.*, 542 U. S. 367, 385 (2004). The order heretofore entered by The Chief Justice is vacated.