FILED: December 19, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2235
(1:20-cv-00731-LMB-JFA)

_____

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers

      Plaintiff - Appellant

v.

SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review

      Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered June 3, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*