**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 30, 2026

_____

RESPONSE REQUESTED

_____

No.   23-2235,        <u>Natl Assn of Immigration Judges v. Sirce Owen</u>
                      1:20-cv-00731-LMB-JFA

TO:    Sirce E. Owen

RESPONSE DUE: 07/07/2026

Response is required to the motion to set a briefing schedule on or before
07/07/2026.

R. Phillips, Deputy Clerk
804-916-2702