FILED: October 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-2235
(1:20-cv-00731-LMB-JFA)

---

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers

Plaintiff - Appellant

v.

SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review

Defendant - Appellee

---

M A N D A T E

---

The judgment of this court, entered August 19, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*