FILED: November 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-2235
(1:20-cv-00731-LMB-JFA)

---

NATIONAL ASSOCIATION OF IMMIGRATION JUDGES, affiliated with the International Federation of Professional and Technical Engineers

Plaintiff - Appellant

v.

SIRCE E. OWEN, in her official capacity as Acting Director of the Executive Office for Immigration Review

Defendant - Appellee

---

O R D E R

---

The court amends its opinion filed August 19, 2026, as follows:

On page 3 the citation to *Nat'l Ass'n of Immigr. Judges v. McHenry,* 477 F. Supp. 3d 466 (E.D. Va. 2020), is replaced with *Nat'l Ass'n of Immigr. Judges v. Neal,* 693 F. Supp. 3d 549 (E.D. Va. 2023).

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk