# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 19, 2026

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: National Association of Immigration Judges
v. Sirce E. Owen, Acting Director of the Executive Office for Immigration Review
No. 26-656
(Your No. 23-2235)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 17, 2026 and placed on the docket November 19, 2026 as No. 26-656.

Sincerely,

**Scott S. Harris**, Clerk

by

Howard Cook
Case Analyst